# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE APARICIO, et al.,<br><br>            Plaintiffs,<br><br>     v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>            Defendants. | Case No.  1:15-cv-01369-LJO-SAB<br><br>ORDER CONTINING SCHEDULING CONFERENCE TO FEBRUARY 2, 2016 |

On September 8, 2015 the order setting the mandatory scheduling conference for December 8, 2015 issued in this action.  (ECF No. 4.)  The docket in this action does not show that service has been executed in this action.  The Court shall continue the scheduling conference in this action to the same date as several other related actions that have not yet been served.

Accordingly, the scheduling conference set for December 8, 2015 is CONTINUED to February 2, 2016 at 10:00 a.m. in Courtroom 9.

IT IS SO ORDERED.

Dated:   **October 19, 2015**

UNITED STATES MAGISTRATE JUDGE

1