# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE APARICIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants. | Case No. 1:15-cv-01369-LJO-SAB <br><br> ORDER REQUIRING PLAINTIFFS TO EITHER FILE AN EXECUTED NOTICE OF SERVICE OF SUMMONS OR SERVE THE COMPLAINT WITHIN TWENTY DAYS |

On September 5, 2015, Plaintiffs filed a complaint alleging violations of the Eighth Amendment. (ECF No. 1.) On September 9, 2015, this action was related to Smith v. Schwarzenegger, 1:14-cv-00060-LJO-SAB (E.D. Cal), and Jackson v. State of California, 1:13-cv-01055-LJO-SAB (E.D. Cal.), and reassigned to the undersigned. (ECF No. 9.) Plaintiffs have not filed an executed notice of service of summons, Local Rule 135(c), and no Defendant has appeared in this action.

Based on the foregoing, Plaintiffs are HEREBY ORDERED to either file an executed notice of service of summons or serve Defendants in this action with a summons and copy of the complaint within twenty days of the date of service of this order.

IT IS SO ORDERED.

Dated: __November 4, 2015__

UNITED STATES MAGISTRATE JUDGE

1