# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE APARICIO, et al., | Case No.  1:15-cv-01369-LJO-SAB |
| Plaintiffs, | ORDER ON STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING AND VACATING FEBRUARY 2, 2016 SCHEDULING CONFERENCE |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | (ECF No. 17) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The scheduling conference set for February 2, 2016, is VACATED; and
2. The time for Defendants to file a responsive pleading in this matter is extended to March 1, 2016.

IT IS SO ORDERED.

Dated:  **January 11, 2016**

_____
UNITED STATES MAGISTRATE JUDGE

1