1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BATES, et al., | Case No. 1:14-cv-02085-LJO-SAB |
| Plaintiffs, | |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |
| MARLON ALTAMIRANO, et al., | Case No. 1:15-cv-00607-LJO-SAB |
| Plaintiffs, | |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |
| ANDREW ALANIZ, et al., | Case No. 1:15-cv-01063-LJO-SAB |
| Plaintiffs, | |
| v. | |
| ARNOLD SCHWARZENEGGER, et al, | |
| Defendants. | |
| JOSE APARICIO, et al., | Case No. 1:15-cv-01369-LJO-SAB |
| Plaintiffs, | ORDER STAYING ACTIONS PURSUANT TO THE STIPULATION OF THE PARTIES |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

1

The parties have stipulated to stay proceedings in these matters until the resolution of the appeals in <u>Smith v. Schwarzenegger</u>, appeal no. 15-17155, <u>Hines v. Youssef</u>, appeal no. 15-16145, and <u>Jackson v. Brown</u>, appeal no. 15-17076.  Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. All pending deadlines and hearings are VACATED in each of these cases; and
2. Defendants shall file a responsive pleading in these matters forty-five days after the mandate issues in <u>Smith v. Schwarzenegger</u>, appeal no. 15-17155.

IT IS SO ORDERED.

Dated:   **February 18, 2016**              /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE