# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC BATES, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>  Defendants. | Case No. 1:14-cv-02085-LJO-SAB |
| MARLON ALTAMIRANO, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>  Defendants. | Case No. 1:15-cv-00607-LJO-SAB |
| ANDREW ALANIZ, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>  Defendants. | Case No. 1:15-cv-01063-LJO-SAB |
| JOSE APARICIO, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>  Defendants. | Case No. 1:15-cv-01369-LJO-SAB |

| | |
|---|---|
| DEREK BIRGE, et al., | Case No. 1:15-cv-01901-LJO-SAB |
| Plaintiffs, | ORDER VACATING JULY 31, 2019 HEARING |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

Currently before the Court are Defendants' motion to dismiss the above referenced actions which are set for oral argument on July 31, 2019. The Court, having reviewed the record, finds these matters suitable for decision without oral argument. See Local Rule 230(g). Accordingly, the previously scheduled hearing set on July 31, 2019, will be vacated and the parties will not be required to appear at that time.

IT IS SO ORDERED.

Dated: **July 29, 2019**

UNITED STATES MAGISTRATE JUDGE